HEATHER E. WILLIAMS, Bar#122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRANDON GRAHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:13-CR-00121 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE CONTESTED ) HEARING; ORDER THEREON (note time) |
| vs. | ) ) Date: August 7, 2017 |
| BRANDON GRAHAM, | ) Time: 10:30 a.m. ) Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) ) |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, VINCENZA RABENN, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Brandon Graham, that the contested hearing scheduled for June 26, 2017 may be continued to August 7, 2017, or the soonest date thereafter convenient to the court.

Attempts to negotiate a resolution of this matter are ongoing; however, while preparing for the contested hearing scheduled for June 26, 2017, the parties have discovered that one of the Fresno officers involved in Mr. Graham's arrest is on leave and not scheduled to return until mid-July. In addition, while reviewing recently obtained videos, the defense has obtained photos and the possible name, but no address, of a percipient witness. A defense investigator is attempting to locate and interview the witness, but given the uncertainty regarding the witnesses

name and the lack of an address, is uncertain how quickly that can occur. The parties are requesting that the matter be continued to August 7, 2017 to allow investigation to be completed, and to accommodate the schedules of counsel, Graham's supervising probation officer, and one of the arresting officers.

The parties agree that the delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation and continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: June 21, 2017                By: /s/ *Vincenza Rabenn*
                                    VINCENZA RABENN
                                    Assistant U.S. Attorney
                                    Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: June 21, 2017                By: /s/ *Eric V. Kersten*
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    BRANDON GRAHAM

ORDER

The Matter is continued to August 7, 2017 at 10:30 for a contested hearing.

IT IS SO ORDERED.

Dated:  **June 21, 2017**              /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE